■ In the Matter of KEVIN WEEMS, Appellant, v ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [900 NYS2d 859]— Order, Family Court, Bronx County (Carol Ann Stokinger, J.), entered October 2, 2008, unanimously affirmed, without costs or disbursements.

Application by appellant's assigned counsel to withdraw is granted (see *Matter of Louise Wise Servs. [Whyte]*, 131 AD2d 306 [1987]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Andrias, J.P., Saxe, McGuire, Moskowitz and Freedman, JJ.